UNITED STATES DISTRICT COURT
FOR THE NOTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DIAMOND B. COLLINS, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>HAWX, LLC d/b/a HAWX PEST CONTROL, LLC,<br><br>    Defendant. | Case No. 1:21-cv-05401 |

## NOTICE OF SETTLEMENT

**PLEASE TAKE NOTICE** that DIAMOND B. COLLINS ("Plaintiff") and HAWX, LLC d/b/a HAWX PEST CONTROL, LLC ("Defendant"), hereby notify the Court that the parties have reached settlement as to Plaintiff's individual claims only. Plaintiff intends on dismissing the class claims without prejudice. The parties are in the process of completing the settlement and intend on filing dismissal papers within 45 days.

DATED: March 14, 2022

Respectfully submitted,

**DIAMOND B. COLLINS**

By: */s/ Mohammed O. Badwan*

Mohammed O. Badwan
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8180
mbadwan@sulaimanlaw.com

1