UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DIAMOND B. COLLINS, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>HAWX, LLC D/B/A HAWX PEST CONTROLL, LLC,<br><br>    Defendant. | Case No. 1:21-cv-05401 |

## STIPULATION OF DISMISSAL

**NOW COMES** the Plaintiff, DIAMOND B. COLLINS, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismissing her individual claims against Defendant, HAWX, LLC D/B/A HAWX PEST CONTROLL, LLC, with prejudice. Pursuant to Fed. R. Civ. P. 23(e), the class claims are dismissed without prejudice. Each party to bear their own attorney's fees and cost.

Dated: April 5, 2022                                            Respectfully submitted,

**DIAMOND B. COLLINS**
*/s/ Mohammed O. Badwan*
Mohammed O. Badwan, Esq.
Victor T. Metroff, Esq.
Counsel for Plaintiff
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
(630) 575-8181 (phone)
(630) 575-8188 (fax)
mbadwan@sulaimanlaw.com
vmetroff@sulaimanlaw.com

**HAWX, LLC D/B/A HAWX PEST CONTROLL, LLC**
*/s/ Peter C. Morse*
MORSE BOLDUC & NARDULLI, LLC
Peter C. Morse (ARDC No. 6181070)
25 East Washington, Suite 750
Chicago, IL 60601
312-251-2577 (main)
312-376-3896 (fax)
pmorse@morseandbolduc.com
Attorney for Defendant

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 5, 2022, I electronically filed the foregoing with the Clerk of the Court for the Northern District of Illinois by using the CM/ECF system.

                                                  */s/ Mohammed O. Badwan*
                                                  Mohammed O. Badwan, Esq.
                                                                  .