# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Diamond B. Collins

                    Plaintiff,

v.                                                Case No.: 1:21−cv−05401

                                                        Honorable Charles P. Kocoras

Hawx, LLC

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 28, 2022:

      MINUTE entry before the Honorable Charles P. Kocoras: Pursuant to Stipulation of Dismissal filed on 4/5/2022 [17], individual claims against Defendant, HAWX, LLC D/B/A HAWX PEST CONTROLL, LLC, are dismissed with prejudice. Pursuant to Fed. R. Civ. P. 23(e), the class claims are dismissed without prejudice. Civil case terminated. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.